IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTINA RUDENKO, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner ) <br> of Social Security, ) <br> ) <br> Defendant. ) <br> _____) | 1:08-cv-00989 AWI GSA <br><br> ORDER DISCHARGING ORDER <br> TO SHOW CAUSE <br><br> ORDER REGARDING BRIEFING <br> SCHEDULE |

On July 11, 2008, Plaintiff, in pro per, filed the present action in this Court. Plaintiff seeks review of the Commissioner's denial of her application for benefits. On May 19, 2009, this Court issued an Order to Show Cause regarding Plaintiff's failure to comply with the July 22, 2008, Scheduling Order, by failing to file an opening brief.

On June 11, 2009, Plaintiff responded to the Order to Show Cause by filing a "written opening brief." (See Doc. 12.) This Court shall construe Plaintiff's filing to be her opening brief, as per her request.

Accordingly, the Order to Show Cause is hereby DISCHARGED. Plaintiff's response to the Order to Show Cause is construed to be Plaintiff's opening brief. Thus, Defendant shall file and serve its responsive brief on or before July 13, 2009. Thereafter, Plaintiff may file a reply brief within fifteen (15) days after service of Defendant's brief.

//

Any and all remaining actions under the scheduling order filed shall proceed under the time limit guidelines set therein.

IT IS SO ORDERED.

Dated: **June 15, 2009**         /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

2